| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:15CR00341 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Luis Ambario-Romero<br>a.k.a Juan Luis Rodriguez-Rodriguez | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | James C. Mahan | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: 6/2/2016 — TO: 6/1/2019 |

**OFFENSE**
Deported Alien Found Unlawfully in the United States

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Nevada_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _Southern District of California_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 1, 2016                                     /s/ James C. Mahan
_____Date_____                                   _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Southern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____Effective Date_____                         _United States District Judge_

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Luis Ambario-Romero

Case No.:  2:15CR00341

REQUEST TO TRANSFER JURISDICTION

October 27, 2016

TO:   The Honorable James C. Mahan
      United States District Judge

On June 2, 2016, Luis Ambario-Romero, a.k.a Juan Luis Rodriguez-Rodriguez, was sentenced by Your Honor to Time Served and three years of supervised release for committing the offense of Deported Alien Found Unlawfully in the United States. Subsequently, on July 18, 2016, the defendant was removed to Mexico from the United States through El Paso, Texas, by Immigration and Customs Enforcement.

On July 29, 2016, a single count Criminal Complaint was filed was filed in the United States District Court, Southern District of California, under docket number 3:16cr-01926-001-DMS, charging Juan Luis Rodriguez-Rodriguez with Deported Alien Found Unlawfully in the United States, in violation of  8 U.S.C § 1326. On September 8, 2016, the defendant pleaded guilty in the Southern District of California to Deported Alien Found Unlawfully in the United States. Sentencing is set for November 22, 2016.

As a result of the offender's conduct, our office filed a petition with the court requesting the issuance of a warrant to initiate revocation proceedings. Your Honor authorized the issuance of a warrant on September 30, 2016.

The Southern District of California is requesting transfer of jurisdiction to their Court. This will allow their Court to simultaneously address both the new sentencing and the revocation of supervised release for this case. The Probation Form 22/Transfer of Jurisdiction is attached.

Respectfully submitted,

_____
Leonel Sanchez
United States Probation Officer

Leonel Sanchez-Hernandez
2016.10.31 07:56:20 -07'00'

Approved:

*[signature]* For    Todd Fredlund
               2016.10.27 16:48:06
               -07'00'

_____
Robert Aquino
Supervisory United States Probation Officer